WILLIAM C. OSBORN et al., Respondents, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Constituting the Board of Estimate and Apportionment of the City of New York et al., Appellants.

(Submitted April 23, 1934; decided April 27, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 469.)

SOL S. HAND, Respondent, v. ISIDORE J. RIFKIN, Appellant.

(Submitted April 23, 1934; decided April 27, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 416.)